| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------------X<br>In re:<br><br>MICHAEL SOLOWITZ and<br>ERIN SOLOWITZ<br><br>                   Debtor.<br>------------------------------------------------------------------------X | CHAPTER 13<br><br>Case No.: 1-10-50985<br><br>**1st Amended CHAPTER 13 PLAN**<br><br>Hon. Jerome Feller<br><br>Marianne DeRosa, Esq.<br>Chapter 13 Trustee |

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of 60 months, the sum of:

$880.00 commencing December 22 2010 through and including November 22 2015 for a period of 60 months;

2. From the payments so received, the trustee shall make disbursements as follows:
(a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

(b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

-Citimortgage (Acct: 2002389148-2) to be paid pre-petition arrears in the sum of $0.00 (Zero Dollars) plus zero (0%) percent interest over the life of the plan. All post petition mortgage payments to be paid outside of the plan.

-HSBC Mortgage Corporation (Acct: 7874148; Claim: 9-1) to be paid pre-petition arrears in the sum of $0.00 (Zero Dollars) plus zero (0%) percent interest over the life of the plan. All post petition mortgage payments to be paid outside of the plan.

-Ford Motor Credit Corporation (Acct: 45053383; Claim: 5-1; Vin: 2FMDK3GCXASBA13007) to be paid pre-petition arrears in the sum of $0.00 (Zero Dollars) plus zero (0%) percent interest over the life of the plan. All post petition car payments to be paid outside of the plan.

-Toyota Financial Services (Acct: 0226409073); Vin: 2T1BU4EE5AC350840) to be paid pre-petition arrears in the sum of $0.00 (Zero Dollars) plus zero (0%) percent interest over the life of the plan. All post petition car payments to be paid outside of the plan.

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).**

(c) Subsequent to distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim of not less than 100%.**

3. All lease agreements are hereby assumed, unless specifically rejected as follows: None

4. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), <u>less than one hundred percent (100%)</u>, the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall revert in the debtor(s) upon completion of the plan or dismissal of the

case, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

     5.     Other Provisions:  Post petition legal fees of $3,500.00 to be paid as an administrative expenses under the plan.

_/s MICHAEL SOLOWITZ__                                        _/S GREGORY FLOOD  
MICHAEL SOLOWITZ, Debtor                                    Gregory A Flood, Esq.

__/S ERIN SOLOWITZ_____  
ERIN SOLOWITZ, Debtor

Dated:  7 February 2011